UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOEL RAMIREZ,

    Plaintiff,

  v.

CITY OF HAYWARD, et al.,

    Defendants.

Case No. 14-cv-01264-MEJ

**ORDER VACATING HEARING DATE**

Re: Dkt. Nos. 9, 10

Pursuant to Civil Local Rule 7-1(b), the court finds that Defendants' Motions to Strike and Dismiss, which have been noticed for hearing on May 22, 2014, are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 20, 2014

MARIA-ELENA JAMES
United States Magistrate Judge