UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOEL RAMIREZ,

    Plaintiff,

v.

CITY OF HAYWARD, et al.,

    Defendants.

Case No. 14-cv-01264-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on June 19, 2014. However, as Defendants' Motion to Dismiss and Motion to Strike remain pending, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: June 5, 2014

MARIA-ELENA JAMES
United States Magistrate Judge