UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOEL RAMIREZ,

    Plaintiff,

v.

CITY OF HAYWARD, et al.,

    Defendants.

Case No. 14-cv-01264-MEJ

**ORDER TO SHOW CAUSE**

On April 6, 2015, Defendant Richard McLeod filed a Motion to Dismiss, with a noticed hearing date of June 25, 2015. Dkt. No. 32. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Noel Ramirez to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 7, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 21, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby given to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge