# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>        Defendants. | Case No. 14-cv-01264-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES** |

    The Court hereby **VACATES** all upcoming pretrial and trial deadlines pending resolution of the Defendants' Motion to Dismiss and Motion for Summary Judgment.

    **IT IS SO ORDERED.**

Dated: August 4, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge