UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NOEL RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD MCLEOD,<br><br>    Defendant. | Case No. 3:14-cv-01264-MEJ   (LB)<br><br>**ORDER** |

The court held a settlement conference call and orders the following. The court orders that the defendant Mr. McLeod (who apparently is housed at Santa Rita) be brought to court for the settlement conference on **Tuesday, December 8, 2015 at 10:00 a.m.**, in street clothes to participate in his court-ordered settlement conference in his civil case, 3:14-cv-01264-MEJ (LB).

**IT IS SO ORDERED.**

Dated:  December 3, 2015

LAUREL BEELER
United States Magistrate Judge

3:14-cv-01264-MEJ