# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RAMIREZ<br>　　　　　　　Plaintiff(s)<br>　　　v.<br>CITY OF HAYWARD, et. al.,<br>　　　　　　　Defendant(s). | Case No. 14-cv-1264 MEJ<br><br>AMENDED ORDER AND WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum

for the person of RICHARD SCOTT McLEOD, DOB 4/16/1975, presently in the custody of the

California Department of Corrections at San Quentin State Prison but pending transfer to the

custody of the Alameda County Sheriff's Department at the Alameda County Santa Rita Jail

pursuant to an order by Hon. Dan Grimmer of the Alameda County Superior Court, as the

presence of said witness will be necessary at proceedings in the above-entitled cause and

thereafter as may be required. The court directs that he be brought in street clothes.

Dated: December 7, 2015

_____

LAUREL BEELER

United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Ron Davis, Warden-San Quentin State Prison
       Gregory J. Ahern, Sheriff of Alameda County

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Richard Scott McLeod, in your custody

in the hereinabove-mentioned institution, at the United States District Court San Francisco

Courthouse, 450 Golden Gate Avenue, San Francisco, CA at 10:00 a.m. in Courtroom C, 15th

Floor on December 8, 2015, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of RAMIREZ v. CITY OF HAYWARD, et. al.,

and at the termination of said hearing return him forthwith to said hereinabove-mentioned

institution, or abide by such order of the above-entitled Court as shall thereafter be made

concerning the custody of said prisoner, and further to produce said prisoner at all times

necessary until the termination of the proceedings for which his testimony is required in this

Court. The Court directs that he be brought in street clothes.

      Witness the Honorable Laurel Beeler, Magistrate Judge of the United States District

Court for the Northern District of California.

Dated: December 7, 2015           RICHARD WIEKING
                         CLERK, UNITED STATES DISTRICT COURT

By: _____

Dated: December 7, 2105         _____

                         LAUREL BEELER
                         United States Magistrate Judge

United States District Court
Northern District of California